UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **LARRY ZANE SHORT,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **U.S DEPARTMENT OF STATE, ET AL.,** | CASE NO: 17-1092-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the ORDER OF DISMISSAL entered on August 21, 2017, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/22/2017        THOMAS M. GOULD
                       Clerk of Court

                              s/Maurice B. BRYSON

                              (By)  Deputy Clerk